**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000056
03-AUG-2026
08:16 AM
Dkt. 160 ODMR**

NO. CAAP-25-0000056

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HYE JA CHOI, Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF QUEEN EMMA GARDENS AND
TOUCHSTONE PROPERTIES LTD., Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0001522)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, McCullen and Gluck, JJ.)

Upon consideration of "Plaintiff-Appellant's Motion for Consideration of DKT. 150(Dismissal of the Case)" (**Motion**), filed on July 28, 2026, by Self-represented Plaintiff-Appellant Hye Ja Choi (**Choi**), and the record, it appears that:

(1) Choi seeks reconsideration of this court's Summary Disposition Order, filed on July 15, 2026;

(2) At 10:14 p.m. on Monday, July 27, 2026, Choi filed a "Motion for a 10-Day Extension of Reconsideration Period," in which she requested additional time to file a motion for reconsideration;

(3) At 4:29 a.m. on July 28, 2026, Choi filed the Motion;

(4) Choi's Motion was therefore untimely;

(5) Even if we were to treat Choi's Motion as timely filed, Choi does not present new evidence or arguments that could not have been presented in the Amended Opening Brief, filed on March 2, 2026.  See Amfac, Inc. v. Waikiki Beachcomber Inv. Co., 74 Haw. 85, 114, 839 P.2d 10, 27 (1992) ("The purpose of a motion for reconsideration is to allow the parties to present new evidence and/or arguments that could not have been presented during the earlier adjudicated motion."); Briggs v. Hotel Corp. of Pac., Inc., 73 Haw. 276, 287 n.7, 831 P.2d 1335, 1342 n.7 (1992) ("[A] motion for reconsideration is not the time to relitigate old matters."); and

(6) Choi presents no point of law or fact that this court overlooked or misapprehended.  See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, August 3, 2026.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Daniel M. Gluck
Associate Judge